M HN

# FILED

JUN 08 2010 **TG**
6-8-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BANK OF AMERICA, N.A, | ) | |
| SUCCESSOR TO LASALLE BANK, | ) | |
| NATIONAL ASSOCIATION, | ) | |
| a national banking association | ) | Case No. 09-c-05282 |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Blanche M. Manning |
| | ) | |
| CLYDE W. ENGLE | ) | |
| | ) | |
| Defendant. | ) | |

### ANSWER

1. and 4.    I have insufficient information or knowledge to form a belief, and therefore deny.

2. and 6.    Given my contacts with, and residence in, the State of Hawai'I, I don't know how to answer this question and therefore deny.

3.    Admit.

5.    The documents speak for themselves; also adopt answer to par. 2; otherwise deny.

7 through 10, 13, and 15 through 18.    The documents speak for themselves. Otherwise deny.

11 and 19.    Deny.

14.    For more than thirty years through at least early June, 2009, I was a principal officer, director and shareholder of Lincolnwood Bancorp, Inc.; the documents speak for themselves; otherwise deny.

WHEREFORE, Defendant Clyde W. Engle prays for the entry of judgment in favor of Defendant and against Plaintiff Bank of America, N.A. on Counts I and II, and for such other and further relief as may be just and proper under the circumstances.

Dated June 7, 2010                          Respectfully submitted,

_____

Clyde W. Engle