IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BANK OF AMERICA, N.A, SUCCESSOR TO LASALLE BANK, NATIONAL ASSOCIATION, a national banking association | ) ) ) ) Case No. 09-c-05282 |
| Plaintiff, | ) ) ) Hon. Blanche M. Manning |
| v. | ) ) |
| CLYDE W. ENGLE | ) Hon. Michael T. Mason ) |
| Defendant. | ) |

## ANSWER

1. and 4.   I have insufficient information or knowledge to form a belief, and therefore deny.

2. and 6.   Given my contacts with, and residence in, the State of Hawai'i, I don't know how to answer this question and therefore deny.

3.   Admit.

5.   The documents speak for themselves; also adopt answer to par. 2; otherwise deny.

7 through 10, 13, and 15 through 18.   The documents speak for themselves. Otherwise deny.

11 and 19.   Deny.

14.   For more than thirty years through at least early June, 2009, I was a principal officer, director and shareholder of Lincolnwood Bancorp, Inc.; the documents speak for themselves; otherwise deny.

## AFFIRMATIVE DEFENSES

1. **Failure to State a Claim.** Plaintiff's Complaint fails to state a claim upon which relief can be granted.

2. **Statute of Limitations.** Plaintiff's claims are barred by the applicable statute of limitations.

3. **Laches, Waver, Estoppel.** Plaintiff's claims are barred by the doctrines of Laches, Waver, and Estoppel.

4. **Failure to Mitigate Damages.** Plaintiff's claims are barred because it failed to avoid or mitigate its alleged damages.

5. **Equitable Defenses.** Plaintiff's claims are barred by the equitable defenses of *in pari delicto*, unclean hands and bad faith.

6. **Reservation of Rights.** In addition to the above defenses, Defendant reserves the right to assert additional affirmative defenses that may be disclosed as a result of further discovery.

## COUNTERCLAIMS

1. **Intentional Interference.** Plaintiff intended to, and did, interfere with Defendant's ability to negotiate replacement financing for Defendant, Lincolnwood Bancorp Inc. and the Bank of Lincolnwood, to attract additional capital for Lincolnwood Bancorp Inc. and the Bank of Lincolnwood, and to negotiate sales of all, or part, of Lincolnwood Bancorp Inc. and Bank of Lincolnwood to third parties, resulting in their financial failure.

2. **Unfair Trade or Business Practices and/or Consumer Fraud.** Plaintiff used its knowledge of the affairs of its customers, the Defendant, Lincolnwood Bancorp Inc. and the Bank of Lincolnwood, to unfairly compete with Defendant,

Lincolnwood Bancorp Inc. and Bank of Lincolnwood.

**3. Breach of Duty of Fidelity.** On information and belief, Defendant entrusted Plaintiff with information that Plaintiff used to threaten the existence of Lincolnwood Bancorp Inc. and Bank of Lincolnwood, so as to weaken and take over Lincolnwood Bancorp Inc. and Bank of Lincolnwood. On information and belief, Plaintiff entered into joint action or combination with creditors and claimants of Defendant to negotiate an agreement whereby the creditors and claimants would put pressure on Defendant to force a sale of Lincolnwood Bancorp Inc. and Bank of Lincolnwood to Plaintiff.

**4. Tortious Interference.** On information and belief, Plaintiff interfered with settlements between Defendant and Defendant's lawyers and claimants, with the intention of taking over Lincolnwood Bancorp Inc. and Bank of Lincolnwood.

5. In addition to the above counterclaims, Defendant reserves the right to assert additional counterclaims that may be disclosed as a result of further discovery.

WHEREFORE, Defendant Clyde W. Engle prays for the entry of judgment in favor of Defendant and against Plaintiff Bank of America, N.A. on Counts I and II and Defendant's affirmative defenses and counterclaims, and for such other and further relief as may be just and proper under the circumstances.

Dated August 25, 2010                            Respectfully submitted,

_____
Clyde W. Engle

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BANK OF AMERICA
_____
Plaintiff(s)

vs.

CLYDE W. ENGLE
_____
Defendant(s)

CASE No. 09-C-05282

JUDGE: BLANCHE MANNING

## PROOF OF SERVICE

TO: JOSHUA M. GREWARD
Mayer Brown, LLP
71 S. Wacker Dr.
Chicago, IL 60606

TO: _____

I, the undersigned (plaintiff/defendant), certify that on the 26th day of August, 2010, I served a copy of this ANSWER to each person whom it is directed by way of Personal Service.

Signature _C. Engle_
Name CLYDE ENGLE
Address 830 N. Green Bay Rd.
City/Zip Lake Forest, IL 60045
Telephone 847-903-3225