FILED
8-26-2010
AUG 26 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BANK OF AMERICA, N.A, SUCCESSOR TO LASALLE BANK, NATIONAL ASSOCIATION, a national banking association | ) ) ) ) Case No. 09-c-05282 |
| Plaintiff, | ) ) |
| v. | ) Hon. Blanche M. Manning ) ) |
| CLYDE W. ENGLE | ) Hon. Michael T. Mason ) |
| Defendant. | ) |

## DEFENDANT CLYDE ENGLE'S DEMAND FOR JURY TRIAL

Defendant Clyde Engle hereby demands a trial by jury as to all issues in the above-entitled cause that are triable to a jury.

Dated August 25, 2010                Respectfully submitted,

_____
Clyde W. Engle

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_Bank of America_
Plaintiff(s)

CASE No. _09-C-05282_

vs.

JUDGE: _BLANCHE MANNING_

_CLYDE W. ENGLE_
Defendant(s)

## PROOF OF SERVICE

TO: _Joshua M. Stewart_
_Mayer Brown LLP_
_71 S. Wacker Dr._
_Chicago, IL 60606_

TO: _____

I, the undersigned (plaintiff/defendant), certify that on the _26th_ day of _August_, 20_10_, I served a copy of this _Donald Judy Thal_ to each person whom it is directed by way of _Personal Service_.

Signature _[signed]_
Name _CLYDE ENGLE_
Address _830 N. Green Bay Rd._
City/Zip _Lake Forest, IL 60045_
Telephone _847-903-3225_